STATE *v.* HARLAND STREETER.

October Term, 1911.

Present: ROWELL, C. J., MUNSON, WATSON, HASELTON, AND POWERS, JJ.

Opinion filed December 8, 1911.

*Criminal Law—Indictment and Information—Negativing Ex-
ceptions.*

*Clarke C. Fitts* for the respondent.

*Frank E. Barber State's Attorney,* for the State.

MUNSON, J.  The questions presented in this case are
disposed of by the holdings in *State* v. *Carruth, ante* p. 271.

> *Judgment affirmed and cause remanded.*